31 So.3d 328 (2010)
Scott ROGO, Appellant,
v.
PALM BEACH COUNTY, Appellee.
No. 4D09-1449.
District Court of Appeal of Florida, Fourth District.
April 7, 2010.
Robert Garven, Coral Springs, and Kogan & DiSalvo, P.A., Boca Raton, for appellant.
Gentry Denise Benjamin, Assistant County Attorney, Palm Beach County Attorney's Office, West Palm Beach, for appellee.
PER CURIAM.
Affirmed. See Ferri v. City of Gainesville, 362 So.2d 345 (Fla. 1st DCA 1978).
FARMER, HAZOURI and MAY, JJ., concur.